IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STEVEN FISHER, individually, and ACCESS 4 ALL, INC., a Florida Non-Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHREE HOSPITALITY LLC, a Utah Limited Liability Company,<br><br>Defendant. | **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-cv-159<br><br>Judge Clark Waddoups |

Plaintiffs Steven Fisher and Access 4 All, Inc. and Defendant Shree Hospitality LLC, by and through their respective counsel, have entered into a Settlement Agreement and stipulated to the voluntary dismissal of this case with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the court GRANTS the motion (ECF No. 31), and hereby dismisses this action with prejudice. Each party shall bear one's own fees and costs that are not otherwise addressed in the Settlement Agreement. Based on the parties' stipulation and the nature of this action, jurisdiction to enforce the terms and conditions of the Settlement Agreement shall be retained by this court.

The court directs the Clerk of Court to close this case.

SO ORDERED this 25th day of February, 2020.

                                        BY THE COURT:

                                        _____
                                        Clark Waddoups
                                        United States District Court